IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARY L. STOLINSKI, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 07-3174 (JBS/AMD) |
| v. | |
| SGT. JAY PENNYPACKER, ET AL., | **ORDER** |
| Defendants. | |

This matter having come before the Court on motions for summary judgment filed by the remaining individual Defendants: the principal investigator, Defendant Pennypacker [Docket Item 97], and his supervisors, Defendants Hurley and Koshland [Docket Item 95], as well as Defendants' joint motion to strike Plaintiff's expert report [Docket Item 93]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this   **16th**   day of **February, 2011** hereby

ORDERED that Defendants' motions for summary judgment are **GRANTED**; and it is further

ORDERED that Defendants' motion to strike Plaintiff's expert report is **DISMISSED AS MOOT**; and is it further

ORDERED that the clerk shall close this case upon the docket.

　　　　　　　　　　　　　　　　 **s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　United States District Judge