IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARY L. STOLINSKI, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 07-3174 (JBS/AMD) |
| v. | |
| SGT. JAY PENNYPACKER, ET AL., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon Plaintiff's appeal of Magistrate Judge Donio's denial of Plaintiff's motion to amend and supplement the Complaint [Docket Item 166]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __**15th**__ day of **August, 2011** hereby

ORDERED that Judge Donio's decision is **AFFIRMED**.

    **s/ Jerome B. Simandle**
    JEROME B. SIMANDLE
    United States District Judge